# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Movant
14-00690

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:14-bk-01011-DPC |
| Raymond Coy Lindblom and Kathleen Lindblom | Chapter 11 |
| Debtors. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

U.S. Bank National Association, as successor Trustee to State Street Bank and Trust Company as Trustee for Bear Stearns Mortgage Securities Inc., Trust Series 1997-4 Bondholders, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

DATED this 5th day of February, 2014.

Respectfully submitted,

TIFFANY & BOSCO, P.A.
BY   /s/LJM #014228
    Mark S. Bosco
    Leonard J. McDonald
    David W. Cowles
    Attorneys for Movant

COPY of the foregoing mailed
February 5, 2014 to:

Raymond Coy Lindblom and Kathleen Lindblom
2527 E. Fairview Circle
Mesa, AZ  85204
Debtors

Matthew Lee White*
1138 N. Alma School Road # 101
Mesa, AZ  85201
Attorney for Debtors

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ  85003
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

First-Citizens Bank & Trust Company
c/o Gust Rosenfeld, PLC
One East Washington Street, Suite 1600
Phoenix, AZ 85004-2553

Zions First Nationsl Bank
c/o May Potenza Baran & Gillespie, PC
201 North Central Avenue, 22nd Floor
Phoenix, AZ 85004-0608

Barclays Bank Delaware
125 S. West St.
Wilmington, DE 19801

Chase
P.O. Box 15298
Wilmington, DE 19850

Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850

By:  Marykay Mobley