IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA - (PHOENIX)

In re:

**LINDBLOM, COY R**
**LINDBLOM, KATHLEEN**

**Debtor**

In Proceedings Under:
Bankruptcy Chapter 11
2:14-BK-01011-DPC

**ARIZONA DEPARTMENT OF REVENUE'S**
**WITHDRAWAL OF PROOF OF CLAIM**

The Arizona Department of Revenue hereby withdraws its Proof of Claim, dated 01/31/2014, in the amount of $2,087.00   A copy of the claim is attached hereto.

Dated this 08/30/2016

**M. Steinke**
Digitally signed by M. Steinke
DN: cn=M. Steinke, o=AZ Dept. of Revenue, ou=Bankruptcy, email=msteinke@azdor.gov, c=US
Date: 2016.08.30 11:02:33 -07'00'

ARIZONA DEPARTMENT OF REVENUE

Bankruptcy and Litigation Section
1600 West Monroe Street
Phoenix, AZ 85007



**STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE**

United States Bankruptcy Court for the District of Arizona - (Phoenix)
**ORIGINAL**

In the Matter of: **LINDBLOM, COY R**
**LINDBLOM, KATHLEEN**

Case Number: 2:14-BK-01011-DPC
Chapter: Bankruptcy Chapter 11
Taxpayer ID: XXX-XX-0697
XXX-XX-8532
Tax Type: IND
Petition Date: 01/28/2014

| Total Priority: | $2,087.00 |
|---|---|
| **Amount Due as of this Statement:** | **$2,087.00** |

1. The undersigned is the agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The Debtor was at the time of the filing of the petition initiating this case, and still is, indebted to the State of Arizona.
3. The amount of all payments on this claim have been credited and deducted for the purpose of making this claim.
4. The grounds for the liability are for taxes due under the Arizona Revised Statutes.
    a. Secured Lien(s) in the event there is insufficient property for the lien to attach, all claims so entitled will be treated as priority under 11 USC Section 507(a)(8).

    b. Unsecured Priority under Section 507(a)(8) of the Bankruptcy Code

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| IND | Est. due to non-filing | 12/31/2013 | $2,087.00 | $0.00 | $0.00 | $2,087.00 |
| | | | | | **Total Section Priority:** | $2,087.00 |

   c. Amounts claimed as Priority under Section 1305
   d. Unsecured General Claims

**Amount Due as of this Statement:** **$2,087.00**

5. No note or other negotiable instrument has been received for the account or any part of it, except
6. No judgement has been rendered on this claim, except...
7. The Department may have a right to setoff. The Department does not waive such right.
8. Make checks payable to the "ARIZONA DEPARTMENT OF REVENUE".
9. All tax returns shall be filed directly with the Arizona Department of Revenue, Bankruptcy Section.

ARIZONA DEPARTMENT OF REVENUE

Office of the Arizona Attorney General
All notices, correspondence, pleadings and payments will be sent to the following address:
c/o: Tax, Bankruptcy and Collection Section
1275 West Washington Avenue
Phoenix, AZ 85007
Phone: 602-542-8811

Signed: _____

Dated: 01/31/2014

Belinda L Doyen

**ORIGINAL and ONE COPY FILED ON:**

**01/31/2014**

COPY of the foregoing mailed on:
08/30/2016

WHITE, MATTHEW  UDALL SHUMWAY PLC
1138 N ALMA SCHOOL ROAD #101
MESA AZ 85201

Attorney of Debtor

Debtor(s)